IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3145 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ROBERTO SANCHEZ QUIROZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's appeal of detention order (filing 20) is denied.

Dated December 19, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge