IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERTO SANCHEZ QUIROZ,<br><br>　　　　　　Defendant. | 4:13CR3145<br><br>**MEMORANDUM AND ORDER** |

　　　　Defense counsel has moved to continue the pretrial motion deadline because he has a busy practice. (Filing No. 23). The motion fails to state whether the defendant is aware of this motion to continue. Finally, it is unclear whether defense counsel has an actual scheduling conflict.

　　　　Accordingly,

　　　　IT IS ORDERED that the defense counsel's motion to continue, (Filing No. 23), is denied.

　　　　January 13, 2014

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge